1

2

3

4

5

6

7

8                                 UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JASON TURNER,                                    No.  2:13-cv-0944 CKD P

12                    Plaintiff,

13          v.                                         ORDER FOR PAYMENT OF INMATE
                                                       FILING FEE
14    D. ARTIS, et al.,

15                    Defendants.

16

17    To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

18    Sacramento, California 95814:

19          Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory

20    filing fee of $350.00 for this action.  Plaintiff will be obligated to make monthly payments in the

21    amount of twenty percent of the preceding month's income credited to plaintiff's trust account.

22    The California Department of Corrections and Rehabilitation is required to send to the Clerk of

23    the Court payments from plaintiff's prison trust account each time the amount in the account

24    exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

25          Good cause appearing therefore, IT IS HEREBY ORDERED that:

26          1.  The Director of the California Department of Corrections and Rehabilitation or a

27    designee shall collect from plaintiff's prison trust account an initial partial filing fee in

28    accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

                                                     1

1  forward the amount to the Clerk of the Court.  The payment shall be clearly identified by the

2  name and number assigned to this action.

3       2.  Thereafter, the Director of the California Department of Corrections and Rehabilitation

4  or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's

5  prison trust account in an amount equal to twenty percent (20%) of the preceding month's income

6  credited to the prisoner's trust account and forward payments to the Clerk of the Court each time

7  the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the

8  $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified

9  by the name and number assigned to this action.

10      3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's

11  signed in forma pauperis affidavit on Director, California Department of Corrections and

12  Rehabilitation, 1515 S Street, Sacramento, California 95814.

13      4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

14  Department of the court.

15  Dated:  June 13, 2013

16                                   _____
                                    CAROLYN K. DELANEY
17                                   UNITED STATES MAGISTRATE JUDGE

18

19

20

21  1
    turn0944.cdc
22

23

24

25

26

27

28

2