UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON TURNER,

        Plaintiff,

   v.

D. ARTIS, et al.,

        Defendants.

No.  2:13-cv-0944 CKD P

ORDER FOR PAYMENT OF INMATE FILING FEE

To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814:

    Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's prison trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

    Good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. The Director of the California Department of Corrections and Rehabilitation or a designee shall collect from plaintiff's prison trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1) as set forth in this order and shall

1

1  forward the amount to the Clerk of the Court. The payment shall be clearly identified by the
2  name and number assigned to this action.

3      2. Thereafter, the Director of the California Department of Corrections and Rehabilitation
4  or a designee shall collect from plaintiff's prison trust account monthly payments from plaintiff's
5  prison trust account in an amount equal to twenty percent (20%) of the preceding month's income
6  credited to the prisoner's trust account and forward payments to the Clerk of the Court each time
7  the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the
8  $350.00 filing fee for this action has been paid in full. The payments shall be clearly identified
9  by the name and number assigned to this action.

10     3. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's
11 signed in forma pauperis affidavit on Director, California Department of Corrections and
12 Rehabilitation, 1515 S Street, Sacramento, California 95814.

13     4. The Clerk of the Court is directed to serve a copy of this order on the Financial
14 Department of the court.

15 Dated: June 13, 2013

                                            _____
                                            CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE

---

1 turn0944.cdc